JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **WAYNE HARROPSON,** | ) | NO. SACV 15-673-JAK (KLS) |
| **Petitioner,** | ) ) | |
| v. | ) ) | **JUDGMENT** |
| **U.S. GOVERNMENT, et al.,** | ) ) | |
| **Respondent.** | ) ) | |
| _____ | ) | |

    Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: 10/26/15

                                                      _____

                                                     JOHN A. KRONSTADT
                                        UNITED STATES DISTRICT JUDGE